IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH R. PITTS,
ADC #85938                                                                                    PLAINTIFF

v.                                        5:06CV00264JMM/HLJ

DR. BLACKMON                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of November, 2006.

_____
United States District Judge